1  JASON M. WILEY, ESQ.
   Nevada Bar No. 9274
2  E. DANIEL KIDD, ESQ.
   Nevada Bar No. 10106
3  **WILEY PETERSEN**
   1050 Indigo Drive, Suite 200B
4  Las Vegas, Nevada 89145
   Telephone: 702.910.3329
5  Facsimile: 702-553-3467
   jwiley@wileypetersenlaw.com
6  dkidd@wileypetersenlaw.com

7  *Attorneys for Plaintiffs*

8                     UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11 APEX OPERATIONS, LLC, a Nevada limited         CASE NO.: 2:22-cv001169-RFB-DJA
   liability company; 420702 CONSULTING,
12 LLC, a Nevada limited liability company; ZOHA
   DEVELOPMENT, LLC, a Nevada limited             **STIPULATION AND ORDER TO EXTEND
13 liability company; MACMAS REAL ESTATE          TIME TO FILE PLAINTIFFS' RESPONSE
   AND AGRICULTURAL PRIVATE EQUITY                TO DEFENDANT EVERYTHING
14 OPPORTUNITY FUND, LLC a foreign country        BLOCKCHAIN, INC.'S MOTION TO
   limited liability company; MICHAEL             DISMISS UNDER FRCP 12(b)(2) AND,
15 SASSANO, an individual; RONALD                 ALTERNATIVELY, FRCP 12(b)(6)**
   SASSANO, an individual,
16                                                **[FIRST REQUEST]**
                  Plaintiffs,
17
        v.
18
   PAVEL ROSENBERG, and individual; MCIG,
19 INC., a Wyoming corporation; BOTS, INC. a
   Puerto Rico corporation; OBITX, INC., a
20 foreign corporation; DOE individuals I through
   X, inclusive; and ROE entities I through X,
21 inclusive,

22                Defendants.

23

24        Plaintiffs Apex Operations, LLC, 420702 Consulting, LLC, Zoha Development, LLC, MacMas

25 Real Estate and Agricultural Private Equity Opportunity Fund, Michael Sassano, and Ronald Sassano,

26 (collectively, "Plaintiffs") by and through their attorneys of record, the law firm Wiley Petersen, and

27 Defendant Everything Blockchain, Inc. ("EBI") by and through its attorney of record, the law firm

28 McDonald Carano (collectively, Plaintiffs and EBI referred to hereinafter as "the Parties"), and

1

pursuant to LR IA 6-1, submit the following stipulation to extend the time for Plaintiffs to file a response to *Defendant Everything Blockchain, Inc.'s Motion to Dismiss Under FRCP 12(b)(2) and, Alternatively, FRCP 12(b)(6)* ("Motion to Dismiss") [ECF No. 5]. In support of the stipulation, the Parties state that:

  1. On July 20, 2022, EBI removed the litigation to this Court [ECF No. 1].

  2. On July 27, 2022, EBI filed its Motion to Dismiss.

  3. Plaintiffs require additional time to analyze the merits of the Motion to Dismiss and file a response.

  4. EBI's counsel has acknowledged and agreed to the requested extension.

  5. This is the first request to extend Plaintiffs' deadline to file a responsive pleading to the Motion to Dismiss.

  6. The request for an extension of time to file a responsive pleading is not intended to cause any undue delay or prejudice to any party and is not made for an improper purpose.

/ / /

7. The Parties stipulate that the deadline for Plaintiffs to file their responsive pleading to the Motion to Dismiss shall be extended through August 24, 2022.

DATED: August 10, 2022

| | |
|---|---|
| **MCDONALD CARANO LLP** | **WILEY PETERSEN** |
| */s/ George F. Ogilvie III, Esq.* <br> GEORGE F. OGILVIE III, ESQ. <br> Nevada Bar No. 3552 <br> AMANDA C. YEN, ESQ. <br> Nevada Bar No. 9726 <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> T: 702.873.4100 <br> gogilvie@mcdonaldcarano.com <br> ayen@mcdonaldcarano.com | */s/ Jason M. Wiley, Esq.* <br> JASON M. WILEY, ESQ. <br> Nevada Bar No. 9274 <br> E. DANIEL KIDD, ESQ. <br> Nevada Bar No. 10106 <br> 1050 Indigo Drive, Suite 200-B <br> Las Vegas, Nevada 89145 <br> T: 702.910.3329 <br> jwiley@wileypetersenlaw.com <br> dkidd@wileypetersenlaw.com |
| *Attorney for Defendant* <br>    *Everything Blockchain, Inc.* | *Attorneys for Plaintiffs* |

**ORDER**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 11th day of August, 2022.

3