**SODWOP**
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
Facsimile: 702-553-3467
jwiley@wileypetersenlaw.com
dkidd@wileypetersenlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| APEX OPERATIONS, LLC, a Nevada limited liability company; 420702 CONSULTING, LLC, a Nevada limited liability company; ZOHA DEVELOPMENT, LLC, a Nevada limited liability company; MACMAS REAL ESTATE AND AGRICULTURAL PRIVATE EQUITY OPPORTUNITY FUND, LLC a foreign country limited liability company; MICHAEL SASSANO, an individual; RONALD SASSANO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PAVEL ROSENBERG, and individual; MCIG, INC., a Wyoming corporation; BOTS, INC. a Puerto Rico corporation; OBITX, INC., a foreign corporation; DOE individuals I through X, inclusive; and ROE entities I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:22−cv−01169−RFB−DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EVERYTHING BLOCKCHAIN, INC. (ERRONEOUSLY NAMED AS OBITX, INC.) ONLY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Apex Operations, LLC, 420702 Consulting, LLC, Zoha Development, LLC, McMas Real Estate and Agricultural Private Equity Opportunity Fund, Michael Sassano, and Ronald Sassano (collectively, "Plaintiffs") and Defendant Everything Blockchain, Inc. ("Defendant EBI") (erroneously named as OBITX, Inc.) by and through undersigned counsel, hereby stipulate that any and all claims among and between Plaintiffs and

1

1  Defendant EBI be dismissed with prejudice, each party to bear their own fees and costs incurred herein.

2  This Stipulation does not affect Plaintiffs' claims against Defendant Pavel Rosenberg,

3  Defendant BOTS, Inc., or any other remaining Defendants.

4  DATED this 26th day of September, 2022.    DATED this 26th day of September, 2022.

**MCDONALD CARANO LLP**    **WILEY PETERSEN**

/s/ George F. Ogilvie III    /s/ Jason M. Wiley
GEORGE F. OGILVIE III, ESQ.    JASON M. WILEY, ESQ.
Nevada Bar No. 3552    Nevada Bar No. 9274
AMANDA C. YEN, ESQ.    E. DANIEL KIDD, ESQ.
Nevada Bar No. 9726    Nevada Bar No. 10106
KILEY HARRISON, ESQ.    1050 Indigo Drive, Suite 200B
Nevada Bar No. 16092    Las Vegas, Nevada 89145
2300 West Sahara Avenue, Suite 1200    Telephone: 702.910.3329
Las Vegas, Nevada 89102    Facsimile: 702-553-3467
gogilvie@mcdonaldcarano.com    jwiley@wileypetersenlaw.com
ayen@mcdonaldcarano.com    dkidd@wileypetersenlaw.com
kharrison@mcdonaldcarano.com

*Attorneys for Defendant Everything Blockchain, Inc. (erroneously named as OBITX, Inc.)*    *Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 27th day of September, 2022.